COMMONWEALTH of Pennsylvania, Respondent

v.

Patrick Joseph MCLAINE, Petitioner

No. 868 MAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

Harold L. ZUBERS Jr., Respondent

v.

PENN PHOTOMOUNTS, INC. and C. David Matthias, Petitioners

Harold L. Zubers Jr., Respondent

v.

Penn Photomounts, Inc. and C. David Matthias and Alison S. Matthias, Petitioners

Nos. 858 MAL 2016, 859 MAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

COMMONWEALTH of Pennsylvania, Respondent

v.

Bruce Kenneth WOODS Jr., Petitioner

No. 846 MAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.